**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6591

HERMAN F. RIVERS, JR.,

Plaintiff - Appellant,

v.

DANIEL R. HODGE, SR., Superintendent; ONDRAKE NERO, Captain, Chief of Housing Units 4, 5 and 6; SERGEANT RONI; SERGEANT COLEMAN; CORRECTIONS OFFICER UPTON; GABAR ABBASI, M.D., Director of Medical Services; DONNA CYRIAX, Chief of Medical Services; W. SANDERS, Chief of Security; LISA JOHNSON, Nurse; DANIEL W. LANGLEY, Captain, Chief of Program; LIEUTENANT HENDRICKS, Lieutenant of Work Release Program; RICHARDSON, Officer/Work Release Coordinator,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Claude M. Hilton, Senior District Judge.  (1:11-cv-00644-CMH-TRJ)

Submitted:  September 24, 2013      Decided:  September 26, 2013

Before NIEMEYER and THACKER, Circuit Judges, HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Herman F. Rivers, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman F. Rivers, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we grant Rivers' motion to proceed in forma pauperis and affirm for the reasons stated by the district court. Rivers v. Hodge, No. 1:11-cv-00644-CMH-TRJ (E.D. Va. filed Mar. 12, 2013, and entered Mar. 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED